ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR115-077-05 |
| | ) | |
| DEON JOHNSON | | |

## ORDER

The defendant, Deon Johnson, is in the custody of the Bureau of Prisons.

Surety, Tara Johnson, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Tara Johnson for this defendant, plus all accrued interest thereon, be returned to Tara Johnson at 111 Cedar St., Wadley, GA 30477.

This 9th day of August, 2016 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA